UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**DAVID M. SAMUELS** * CIVIL ACTION

**VERSUS** * NO. 09-6080

**UNITED STATES OF AMERICA** * SECTION "S" MAG 2

* * * * * * *

**O R D E R**

Considering the foregoing Joint Motion to Continue Trial, Deadlines and Discovery Cutoff,

**IT IS HEREBY ORDERED** that trial on the merits, pending deadlines and discovery cutoff are continued with new dates to be selected at a scheduling conference with the case manager on June 10 at 10:45 a.m.

New Orleans, Louisiana, this  3rd  day of  June , 2010.

*Mary Ann Vial Lemmon* (signature)
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**